# EXHIBIT 3

# Exhibit 3

**Claim Chart for the Practice of Independent Claims 1, 2, 40, 67, and 68 of Complainant Vicor Corporation's United States Patent No. 10,903,734 by MPS MPC22166 and Circuit Board Assemblies and Computing Systems Containing the Same[1]**

## Claim 1

| # | **Limitation** | Practice Evidence |
|---|---|---|

[1] The following analysis of MPC22166 is applicable to all other equivalent MPS power modules as well as to circuit board assemblies and computing systems containing the same. The MPC22166 and its equivalent MPS power modules, together with MPS's compatible circuit board assemblies and computing systems, are referred to as the MPS VPD herein.

| | | |
|---|---|---|
| 1.pre | A method of powering a semiconductor device having power input terminals, the method comprising: | The MPS VPD practices "[a] method of powering a semiconductor device having power input terminals."<br><br>MPC22166-130 – Two-Phase Intelli-Module with Quiet Switcher™ Technology<br><br>The MPC22166 is a non-isolated, step-down power module with 130A of continuous peak output current. This module integrates driver MOSFETs and an inductor in a compact package to save layout space and achieve a higher power density. It is scalable for many modules in parallel, up to 2kW+ of power. The 4mm maximum height makes it suitable for many applications, such as Z-Axis Power Delivery™ and PCIe form factor boards.<br><br>**Features:**<br>• Input Voltage Range: 4V to 16V<br>• Output Voltage Range: 0.5V to 2V<br>• 130A Output Current<br>• Top-Side Cooling Package<br>• Current Sense: Accu-Sense™<br>• Temperature Sense<br>• Current Limit Protection<br>• Supports Parallel Operation<br>• Over-Temperature Protection (OTP)<br>• Fault Reporting<br>• Common Footprint LGA-72 (9mmx10mm) Package<br>• Extremely Low Height: Maximum 4mm<br>• Pin-to-Pin Compatible with the MPC22163<br><br><br>Figure 9: MP22166-130<br><br>**Dimensions:**<br>9mmx9.9mmx3.9mm<br><br>Ex. 4 at 30. |

| | | |
|---|---|---|
| 1.a | providing a power conversion module having conversion circuitry arranged in a multi-cell structure having a plurality of conversion cells, | The MPS VPD practices a method comprising "providing a power conversion module having conversion circuitry [red] arranged in a multi-cell structure having a plurality of conversion cells [blue]."<br><br>Each individual MPS power module is a power conversion module. Ex. 34 at 13.<br><br><br> |

<table>
<tr><td></td><td></td><td>

**MPC22166-130 – Two-Phase Intelli-Module with Quiet Switcher™ Technology**

The MPC22166 is a non-isolated, step-down power module with 130A of continuous peak output current. This module integrates driver MOSFETs and an inductor in a compact package to save layout space and achieve a higher power density. It is scalable for many modules in parallel, up to 2kW+ of power. The 4mm maximum height makes it suitable for many applications, such as Z-Axis Power Delivery™ and PCIe form factor boards.

**Features:**

- Input Voltage Range: 4V to 16V
- Output Voltage Range: 0.5V to 2V
- 130A Output Current
- Top-Side Cooling Package
- Current Sense: Accu-Sense™
- Temperature Sense
- Current Limit Protection
- Supports Parallel Operation
- Over-Temperature Protection (OTP)
- Fault Reporting
- Common Footprint LGA-72 (9mmx10mm) Package
- Extremely Low Height: Maximum 4mm
- Pin-to-Pin Compatible with the MPC22163



Figure 9: MP22166-130

**Dimensions:**
9mmx9.9mmx3.9mm

Ex. 4 at 30.

</td></tr>
</table>

| | | |
|---|---|---|
| | | <br><br>**Description**<br>The MPC22166-D-130 is a dual-phase, non-isolated, high-efficiency, step-down power module. It integrates driver MOSFETs (DrMOS) and inductors to provide high efficiency in a small footprint, which is ideal for AI and server applications.<br>The MPC22166-D-130 provides two outputs that can support dual-rail operation and single-rail operation. It can achieve up to 130A (65A/phase) of output current ($I_{OUT}$) across a wide input voltage ($V_{IN}$) range.<br>The MPC22166-D-130 offers many features to simplify system design. The device works with tri-state pulse-width modulation (PWM) signal controllers, and provides Accu-Sense™ current sensing and temperature sensing to monitor the inductor current ($I_L$) and report the junction temperature ($T_J$), respectively.<br>The MPC22166-D-130 is available in an LGA-72 (9mmx9.9mmx4.75mm) package.<br>Show less<br><br>Ex. 4 at 41.<br><br>Each individual power module has two independent outputs, i.e. two phases. Ex. 4 at 13. |

| | | |
|---|---|---|
| | | VCC<br>PWM1<br>EN1<br>IMON1<br>TMON1<br>PWM2<br>EN2<br>IMON2<br>TMON2<br>VDRV<br>VDD<br>AGND<br>PWM<br>EN<br>IOUT<br>TOUT/FLT<br>2.2Ω<br>1μF<br>1μF<br>Intelli-Phase<br>VIN<br>BST<br>PHASE<br>SW<br>PGND<br>220nF<br>15×2.2μF<br>L1<br>L2<br>VIN<br>VOUT1<br>GND<br>VOUT2 |

| | | |
|---|---|---|
| 1.b | each conversion cell including one or more converter output terminals, | The MPS VPD practices a method comprising "each conversion cell including one or more converter output terminals [purple]." <br> **Block Diagram** <br>  <br> Ex. 4 at 13. |

| | | |
|---|---|---|
| 1.c | the conversion circuitry being configured to convert power received at a first voltage for delivery via the converter output terminals of the plurality of conversion cells at a second lower voltage, | The MPS VPD practices a method comprising "the conversion circuitry being configured to convert power received at a first voltage [red] for delivery via the converter output terminals of the plurality of conversion cells at a second lower voltage [green]."<br><br>The voltage at the input to the regulator (4V to 16 V), i.e. the first voltage, is higher than the output voltage (0.5V to 2V), i.e. the second voltage. Ex. 4 at 14.<br><br> |

| | | |
|---|---|---|
| 1.d | the converter output terminals being arranged in a first pattern having a first spacing between the converter output terminals | The MPS VPD practices a method comprising "the converter output terminals being arranged in a first pattern [blue] having a first spacing [yellow] between the converter output terminals."<br><br>The 22166 is known to have the same pinout as the MPC22163. As stated in 34 at 30, the MPC22166 is "Pin-to-Pin Compatible with the MPC22163."<br><br>The MPC22163 has the below pinouts: |

| | | |
|---|---|---|
| | | **PACKAGE REFERENCE**<br><br>**LGA-72 (9mmx10mmx7.65mm)**<br>Ex. 4 at 45. |

| | | |
|---|---|---|
| 1.e | providing an interconnection module having x-input terminals arranged on a first side of the interconnection module in a pattern configured to align with the first pattern of converter output terminals, and | The MPS VPD practices a method comprising "providing an interconnection module [purple] having x-input terminals [green] arranged on a first side [orange] of the interconnection module in a pattern configured to align with the first pattern of converter output terminals [blue]."<br><br><br>Ex. 34 at 51.<br><br>The MPC22166 is compatible with the MPC1100. Ex. MPS at 15:<br>• **Best processor transients**<br>○ 54V → 5.4V → Processor<br>○ *Z-Axis Power Delivery (ZPD™)* : MPC1100, 10:1 IBC + MPC22166 Intelli-module<br><br>On information and belief, the MPC22166 is also compatible with the MPC2M110-L, a ZPD, PCB inter-connection module, as indicated in Ex. 4 at 40: |

| | | |
|---|---|---|
| | | <br>See Ex 4 at 40: |

| | | |
|---|---|---|
| | |   As shown in the below photo, the first side of the PCB interconnection module of the MPC2M110-L has multiple individual MPS modules soldered to it. The arrows show the exposed portions of the x-input terminals. Ex. 4 at 14: |

| | | |
|---|---|---|
| | |  |

| | | |
|---|---|---|
| 1.f | x-output terminals arranged on a surface of a second opposite side of the interconnection module in a second pattern configured to align with the power input terminals of the semiconductor device, the second pattern having a second spacing between x-output terminals, | The MPS VPD practices a method comprising "x-output terminals arranged on a surface of a second opposite side [yellow] of the interconnection module in a second pattern [red] configured to align with the power input terminals of the semiconductor device, the second pattern having a second spacing between x-output terminals [orange]."   Ex. 4 at 40. |

| | | |
|---|---|---|
| | | <br>Ex. 4 at 40. |

| | | |
|---|---|---|
| 1.g | the second spacing being different than the first spacing, the x-input terminals being electrically connected to the x-output terminals; | The MPS VPD practices a method comprising "the second spacing [orange] being different than the first spacing [yellow], the x-input terminals [green] being electrically connected to the x-output terminals [red]."<br><br>The images below show the top and bottom sides of a PCB on which the MPC22166 is mounted. The x-input terminals are electrically connected to the x-output terminals. |

| | | |
|---|---|---|
| | | <br>Ex. 4 at 40. |

| | | |
|---|---|---|
| 1.h | assembling the power conversion module to the first side of the interconnection module with each converter output terminal mated with and electrically connected to a respective x-input terminal; | The MPS VPD practices a method comprising "assembling the power conversion module [red] to the first side [orange] of the interconnection module with each converter output terminal [blue] mated with and electrically connected to a respective x-input terminal [green]."<br><br>The power conversion modules are shown assembled to the first side of the motherboard. Ex. 4 at 23:<br><br><br><br><br>The X-input terminals are electrically connected to the x-output terminals to enable vertical power delivery to the load to shorten the current path as shown and stated in the graphical examples below. Ex. 4 at 11-12.<br><br><br> |

| | | |
|---|---|---|
| 1.i | wherein the interconnection module is configured to provide electrical and mechanical translation between the converter output terminals arranged in the first pattern and the power input terminals of the semiconductor device arranged in the second pattern; | The MPS VPD practices a method comprising practices a method comprising “wherein the interconnection module is configured to provide electrical and mechanical translation between the converter output terminals arranged in the first pattern and the power input terminals of the semiconductor device arranged in the second pattern”<br><br>On information and belief, the interconnection PCB and motherboard provide electrical and mechanical translation between each phase and the ASIC.<br>Ex. 4 at 35:<br><br><br> |

| | | |
|---|---|---|
| 1.j | wherein the power conversion module and the interconnection module are stacked to form a module sandwich including the power conversion module in a first layer, electrical connections between the converter output terminals and the x-input terminals in a second layer, and the interconnection module in a third layer. | The MPS VPD practices a method comprising "wherein the power conversion module [red] and the interconnection module [purple] are stacked to form a module sandwich including the power conversion module [red] in a first layer, electrical connections between the converter output terminals and the x-input terminals [green] in a second layer, and the interconnection module [purple] in a third layer."<br><br>The modules and interconnection module are stacked with the converter modules in the first layer, the electrical connections in the second layer, and the interconnection module in the third layer as shown below.<br>Ex. 4 at 35:<br> |

## Claim 2

| # | Limitation | Practice Evidence |
|---|---|---|
| 2.pre | A method of powering a semiconductor device, including at least one semiconductor die having a plurality of die power input terminals arranged on a surface of the die and having edges of the semiconductor die defining a die footprint, the semiconductor device | The MPS VPD practices a method comprising "[a] method of powering a semiconductor device, including at least one semiconductor die having a plurality of die power input terminals [red] arranged on a surface of the die and having edges of the semiconductor die defining a die footprint [green], the semiconductor device having power input terminals arranged within the footprint of the die, the method comprising:" |

| | | |
|---|---|---|
| | having power input terminals arranged within the footprint of the die, the method comprising: |   |

| # | Limitation | Practice Evidence |
|---|---|---|
| | | Ex. 4 at 40.<br><br>*See also* 1.pre. |
| 2.a | providing a power conversion module having conversion circuitry arranged in a multi-cell structure having a plurality of conversion cells, | The MPS VPD practices a method comprising "providing a power conversion module having conversion circuitry arranged in a multi-cell structure having a plurality of conversion cells."<br><br>*See* 1.a. |
| 2.b | each conversion cell including one or more converter output terminals, | The MPS VPD practices a method comprising "each conversion cell including one or more converter output terminals."<br><br>*See* 1.b. |
| 2.c | the conversion circuitry being configured to convert power received at a first voltage for delivery via the converter output terminals of the plurality of conversion cells at a second lower voltage, | The MPS VPD practices a method comprising "the conversion circuitry being configured to convert power received at a first voltage for delivery via the converter output terminals of the plurality of conversion cells at a second lower voltage."<br><br>*See* 1.c. |
| 2.d | the converter output terminals being arranged in a first pattern having a first spacing between the converter output terminals; | The MPS VPD practices a method comprising "the converter output terminals being arranged in a first pattern having a first spacing between the converter output terminals."<br><br>*See* 1.d. |

| # | Limitation | Practice Evidence |
|---|---|---|
| 2.e | providing an interconnection module having x-input terminals arranged on a first side of the interconnection module in a pattern configured to align with the first pattern of converter output terminals, and | The MPS VPD practices a method comprising "providing an interconnection module having x-input terminals arranged on a first side of the interconnection module in a pattern configured to align with the first pattern of converter output terminals."<br><br>*See* 1.e. |
| 2.f | x-output terminals arranged on a surface of a second opposite side of the interconnection module in a second pattern arranged within the die footprint and configured to align with the power input terminals of the semiconductor device, the second pattern having a second spacing between x-output terminals, | The MPS VPD practices a method comprising "x-output terminals [red] arranged on a surface of a second opposite side of the interconnection module in a second pattern arranged within the die footprint [green] and configured to align with the power input terminals of the semiconductor device, the second pattern having a second spacing between x-output terminals."<br><br>*See* 1.f.<br><br>The MPS VPD practices a method comprising "x-output terminals [red] . . . arranged within the die footprint [green]." |

| | | |
|---|---|---|
| | |  |

| # | Limitation | Practice Evidence |
|---|---|---|
| | | Ex. 4 at 40. |
| 2.g | the second spacing being different than the first spacing, the x-input terminals being electrically connected to the x-output terminals; | The MPS VPD practices a method comprising "the second spacing being different than the first spacing, the x-input terminals being electrically connected to the x-output terminals."<br><br>*See* 1.g. |
| 2.h | assembling the power conversion module to the first side of the interconnection module with each converter output terminal mated with and electrically connected to a respective x-input terminal; | The MPS VPD practices a method comprising "assembling the power conversion module to the first side of the interconnection module with each converter output terminal mated with and electrically connected to a respective x-input terminal."<br><br>*See* 1.h. |
| 2.i | wherein the interconnection module is configured to provide electrical and mechanical translation between the converter output terminals arranged in the first pattern and the power input terminals of the semiconductor device arranged in the second pattern; | The MPS VPD practices a method comprising "wherein the interconnection module is configured to provide electrical and mechanical translation between the converter output terminals arranged in the first pattern and the power input terminals of the semiconductor device arranged in the second pattern."<br><br>*See* 1.i. |
| 2.j | wherein the power conversion module and the interconnection module are stacked to form a module sandwich including the power conversion module in a first layer, electrical connections | The MPS VPD practices a method comprising "wherein the power conversion module and the interconnection module are stacked to form a module sandwich including the power conversion module in a first layer, electrical connections between the converter output terminals and the x-input terminals in a second layer, and the interconnection module in a third layer." |

| # | Limitation | Practice Evidence |
|---|---|---|
| | between the converter output terminals and the x-input terminals in a second layer, and the interconnection module in a third layer. | *See* 1.j. |

## Claim 40

| # | Limitation | Practice Evidence |
|---|---|---|
| 40.pre | An apparatus comprising: | The MPS VPD is part of "[a]n apparatus."<br><br>*See* 1.pre. |
| 40.a | a semiconductor device having power input terminals; | The MPS VPD is part of an apparatus comprising "a semiconductor device having power input terminals."<br><br>*See* 2.pre. |
| 40.b | a power conversion module having conversion circuitry arranged in a multi-cell structure having a plurality of conversion cells, | The MPS VPD is part of an apparatus comprising "a power conversion module having conversion circuitry arranged in a multi-cell structure having a plurality of conversion cells."<br><br>*See* 1.a. |
| 40.c | each conversion cell including one or more converter output terminals, | The MPS VPD is part of an apparatus comprising "each conversion cell including one or more converter output terminals."<br><br>*See* 1.b. |

| # | **Limitation** | **Practice Evidence** |
|---|---|---|
| 40.d | the conversion circuitry being configured to convert power received at a first voltage for delivery via the converter output terminals of the plurality of conversion cells at a second lower voltage, | The MPS VPD is part of an apparatus comprising "the conversion circuitry being configured to convert power received at a first voltage for delivery via the converter output terminals of the plurality of conversion cells at a second lower voltage."<br><br>*See* 1.c. |
| 40.e | the converter output terminals being arranged in a first pattern having a first spacing between the converter output terminals; and | The MPS VPD is part of an apparatus comprising "the converter output terminals being arranged in a first pattern having a first spacing between the converter output terminals."<br><br>*See* 1.d. |
| 40.f | an interconnection module having x-input terminals arranged on a first surface of the interconnection module in a pattern configured to align with the first pattern of converter output terminals, and | The MPS VPD is part of an apparatus comprising "an interconnection module having x-input terminals arranged on a first surface of the interconnection module in a pattern configured to align with the first pattern of converter output terminals."<br><br>*See* 1.e. |
| 40.g | x-output terminals arranged on a second surface in a second pattern configured to align with the power input terminals of the semiconductor device, the second pattern having a second spacing between x-output terminals, | The MPS VPD is part of an apparatus comprising "x-output terminals arranged on a second surface in a second pattern configured to align with the power input terminals of the semiconductor device, the second pattern having a second spacing between x-output terminals."<br><br>*See* 1.f. |
| 40.h | the second spacing being different than the first spacing, the x-input terminals being electrically connected to the x-output terminals; | The MPS VPD is part of an apparatus comprising "the second spacing being different than the first spacing, the x-input terminals being electrically connected to the x-output terminals."<br><br>*See* 1.g. |

| # | Limitation | Practice Evidence |
|---|---|---|
| 40.i | the converter output terminals of the power conversion module being mated with and electrically connected to respective x-input terminals of the interconnection module; | The MPS VPD is part of an apparatus comprising "the converter output terminals of the power conversion module being mated with and electrically connected to respective x-input terminals of the interconnection module."<br><br>*See* 1.h. |
| 40.j | wherein the interconnection module is configured to provide electrical and mechanical translation between the converter output terminals arranged in the first pattern and the power input terminals of the semiconductor device arranged in the second pattern; | The MPS VPD is part of an apparatus "wherein the interconnection module is configured to provide electrical and mechanical translation between the converter output terminals arranged in the first pattern and the power input terminals of the semiconductor device arranged in the second pattern."<br><br>*See* 1.i. |
| 40.k | wherein the power conversion module and the interconnection module are stacked with the power conversion module located at a first level, electrical connections between the converter output terminals and the x-input terminals at a second level, and the interconnection module at a third level. | The MPS VPD is part of an apparatus "wherein the power conversion module and the interconnection module are stacked with the power conversion module located at a first level, electrical connections between the converter output terminals and the x-input terminals at a second level, and the interconnection module at a third level."<br><br>*See* 1.j. |

## Claim 67

| # | Limitation | Practice Evidence |
|---|---|---|
| 67.pre | A vertical power delivery apparatus for a semiconductor die, the semiconductor die having a plurality of semiconductor power input terminals arranged on a surface of the semiconductor die and having edges of the semiconductor die defining a die footprint; | The MPS VPD is part of "[a] vertical power delivery apparatus for a semiconductor die, the semiconductor die having a plurality of semiconductor power input terminals arranged on a surface of the semiconductor die and having edges of the semiconductor die defining a die footprint."<br><br>*See* 2f. |
| 67.a | the vertical power delivery apparatus comprising in a vertical stack configured to occupy, in whole or in part, the die footprint, the vertical stack comprising: | The MPS VPD is part of "the vertical power delivery apparatus comprising in a vertical stack configured to occupy, in whole or in part, the die footprint [green]."<br><br><br><br>Ex. 4 at 23. |
| 67.b | (a) point-of-load ("POL") switching power conversion circuitry (i) arranged on a substrate within a conversion | The MPS VPD is part of an apparatus comprising "(a) point-of-load ("POL") switching power conversion circuitry (i) arranged on a substrate within a conversion footprint [purple], (ii) including a plurality of switching power conversion cells [blue] connected in parallel to convert |

| # | Limitation | Practice Evidence |
|---|---|---|
| | footprint, (ii) including a plurality of switching power conversion cells connected in parallel to convert power from an input at an input voltage for delivery to the semiconductor power input terminals at a die voltage, | power from an input at an input voltage for delivery to the semiconductor power input terminals at a die voltage.”<br><br><br>Ex. 4 at 14. |

| # | Limitation | Practice Evidence |
|---|---|---|
| | | <br>Ex. 4 at 13.<br>*See also* 1.c. |
| 67.c | (iii) the input voltage being at least five times higher than the die voltage, and (iv) the conversion footprint being configured to occupy, in whole or in part, the die footprint; | The MPS VPD is part of an apparatus comprising "(iii) the input voltage being at least five times higher than the die voltage, and (iv) the conversion footprint [purple] being configured to occupy, in whole or in part, the die footprint [green]." |

| # | Limitation | Practice Evidence |
|---|---|---|
| | | **Z-Axis Power Delivery™ >1000A**<br><br><br>Ex. 4 at 23.<br><br>**MPC22166 Overview**<br>• Input Voltage Range: 4V to 16V<br>• Output Voltage Range: 0.5V to 2V<br>• 130A Output Current<br>• Current Sense: Accu-Sense™<br>• Temperature Sense<br>• Current Limit Protection<br>• Supports Parallel Operation<br>• Over-Temperature Protection (OTP)<br>• Fault Reporting<br>• Common Footprint LGA-72 (9mmx10mm) Package<br>• Extremely Low Height: Maximum 4mm<br><br>Ex. 4 at 14. |

| # | Limitation | Practice Evidence |
|---|---|---|
| | |  Ex. 4 at 14. |
| 67.d | (b) interdigitated output terminals (i) electrically connected to receive power from the switching power conversion cells, (ii) configured within a terminal footprint to match the plurality of semiconductor power input terminals, (iii) the terminal footprint being configured | The MPS VPD is part of an apparatus comprising "(b) interdigitated output terminals (i) electrically connected to receive power from the switching power conversion cells, (ii) configured within a terminal footprint to match the plurality of semiconductor power input terminals, (iii) the terminal footprint being configured to occupy, in whole or in part, the die footprint." *See* 1.i. MPS VPD Module is part of an apparatus comprising "(b) interdigitated output terminals . . . configured within a terminal footprint . . . (iii) the terminal footprint being configured to occupy, in whole or in part, the die footprint." |

<table>
<tr><th>#</th><th>Limitation</th><th>Practice Evidence</th></tr>
<tr><td></td><td>to occupy, in whole or in part, the die footprint; and</td><td>For instance, the images below, taken from an MPS presentation regarding the MPS VPD Module, shows a land grid array that provides direct power ball mapping to minimize PDN inductance, implying interdigitated power terminals.







</td></tr>
</table>

| # | Limitation | Practice Evidence |
|---|---|---|
| | | EX 4 at 40. |
| 67.e | (c) a capacitive array (i) arranged between the power conversion circuitry and the semiconductor die, (ii) within a filter footprint configured to occupy, in whole or in part, the die footprint and (iii) electrically connected to the interdigitated output terminals. | MPS VPD Module is part of an apparatus comprising "(c) a capacitive array (i) arranged between the power conversion circuitry and the semiconductor die, (ii) within a filter footprint configured to occupy, in whole or in part, the die footprint and (iii) electrically connected to the interdigitated output terminals."<br><br>For instance, an MPS presentation regarding the MPS VPD Module indicates it integrates capacitors into the Module:<br><br>Ex 4 at 40<br><br>The image below shows the MPS VPD Module arranged in a filter footprint:<br> |

| # | Limitation | Practice Evidence |
|---|---|---|
| | | Ex 4 at 40<br><br>*See* 67.c, 67.d |

## Claim 68

| # | Limitation | Practice Evidence |
|---|---|---|
| 68.pre | A vertical power delivery apparatus for a semiconductor die, the semiconductor die having a plurality of semiconductor power input terminals arranged on a surface of the semiconductor die and having edges of the semiconductor die defining a die footprint; | The MPS VPD Module comprises part of "[a] vertical power delivery apparatus for a semiconductor die, the semiconductor die having a plurality of semiconductor power input terminals arranged on a surface of the semiconductor die and having edges of the semiconductor die defining a die footprint."<br><br>*See* 67.pre. |
| 68.a | the vertical power delivery apparatus comprising in a vertical stack configured to occupy, in whole or in part, the die footprint, the vertical stack comprising: | The MPS VPD comprises part of "the vertical power delivery apparatus comprising in a vertical stack configured to occupy, in whole or in part, the die footprint."<br><br>*See* 67.a. |
| 68.b | (a) point-of-load ("POL") switching power conversion circuitry (i) arranged on a substrate | The MPS VPD is part of an apparatus comprising "(a) point-of-load ("POL") switching power conversion circuitry (i) arranged on a substrate within a conversion footprint, (ii) including a plurality of switching power conversion cells connected in parallel to convert power from an input at an input voltage to the semiconductor power input terminals at a die voltage." |

| # | Limitation | Practice Evidence |
|---|---|---|
| | within a conversion footprint, (ii) including a plurality of switching power conversion cells connected in parallel to convert power from an input at an input voltage to the semiconductor power input terminals at a die voltage, | *See* 67.b. |
| 68.c | (iii) the input voltage being at least five times higher than the die voltage, (iv) the conversion footprint being configured to occupy, in whole or in part, the die footprint; | The MPS VPD is part of an apparatus comprising "(iii) the input voltage being at least five times higher than the die voltage, (iv) the conversion footprint being configured to occupy, in whole or in part, the die footprint."<br><br>*See* 67.c. |
| 68.d | (b) interdigitated output terminals (i) electrically connected to receive power from the switching power conversion cells, (ii) configured within a terminal footprint to match the plurality of semiconductor power input terminals, (iii) the terminal footprint being configured to occupy, in whole or in part, the die footprint; | The MPS VPD is part of an apparatus comprising "(b) interdigitated output terminals (i) electrically connected to receive power from the switching power conversion cells, (ii) configured within a terminal footprint to match the plurality of semiconductor power input terminals, (iii) the terminal footprint being configured to occupy, in whole or in part, the die footprint."<br><br>*See* 67.d. |

| # | Limitation | Practice Evidence |
|---|---|---|
| 68.e | (c) a capacitive array (i) arranged between the power conversion circuitry and the semiconductor die, (ii) within a filter footprint configured to occupy, in whole or in part, the die footprint, and (iii) electrically connected to the interdigitated output terminals; and | The MPS VPD is part of an apparatus comprising "(c) a capacitive array (i) arranged between the power conversion circuitry and the semiconductor die, (ii) within a filter footprint configured to occupy, in whole or in part, the die footprint, and (iii) electrically connected to the interdigitated output terminals."<br><br>*See* 67.e. |
| 68.f | (d) a plurality of vertical conductors arranged within the die footprint to connect the interdigitated output terminals to the switching power conversion cells. | The MPS VPD is part of an apparatus comprising "(d) a plurality of vertical conductors arranged within the die footprint to connect the interdigitated output terminals to the switching power conversion cells."<br><br>*See* 67.e. |