**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | |
|---|---|
| VICOR CORPORATION,<br><br>Plaintiff,<br>v.<br><br>MONOLITHIC POWER SYSTEMS, INC., CHENGDU MONOLITHIC POWER SYSTEMS CO., LTD., and MPS INTERNATIONAL (SHANGHAI) LTD.<br><br>Defendants. | Civil Action No. 7:26-cv-00364-DC |

**DEFENDANTS' UNOPPOSED MOTION FOR MANDATORY STAY PURSUANT TO 28 U.S.C. § 1659 PENDING PARALLEL ITC ACTION**

Defendants Monolithic Power Systems, Inc., Chengdu Monolithic Power Systems Co., Ltd. and MPS International (Shanghai) Ltd. (collectively, "Defendants" or "MPS") file this unopposed motion to stay this action until the final determination of the U.S. International Trade Commission ("ITC") in the co-pending matter titled *Certain Vertical Power Delivery Systems, Components Thereof, and Computing Systems Containing the Same*, Inv. No. 337-TA-1526 ("the ITC Matter").

On September 8, 2026, Vicor Corporation ("Vicor") filed a complaint against Defendants in this district alleging infringement of U.S. Patent No. 10,903,734 ("Asserted Patent"). Dkt. No. 1. The following day, Vicor filed a complaint in the ITC asserting the same patent against Defendants and other respondents. The ITC Matter was instituted on October 9, 2026. *See* Ex. A. The two proceedings involve substantially the same issues, namely the validity of the Asserted Patent and alleged infringement of the Asserted Patent by MPS.

Pursuant to 28 U.S.C. § 1659, district court patent claims involving the same issues as a parallel ITC proceeding are subject to a mandatory stay. Specifically, 28 U.S.C. § 1659(a) provides:

> (a) Stay. In a civil action involving parties that are also parties to a proceeding before the United States International Trade Commission under section 337 of the Tariff Act of 1930, at the request of a party to the civil action that is also a respondent in the proceeding before the Commission, *the district court shall stay, until the determination of the Commission becomes final, proceedings in the civil action with respect to any claim that involves the same issues involved in the proceeding before the Commission*, but only if such request is made within –
>
> (1) 30 days after the party is named as a respondent in the proceeding before the Commission, or
>
> (2) 30 days after the district court action is filed, whichever is later.

28 U.S.C. § 1659(a) (emphasis added). A stay issued under this statute remains in effect during any appeals and "until the Commission proceedings are no longer subject to judicial review." *In re Princo Corp.*, 478 F.3d 1345, 1355 (Fed. Cir. 2007).

Here, because Vicor asserts the same patent in this action and the ITC Matter, the asserted claims involve the same issues, and the same parties are involved, a stay of this case is mandatory upon timely request. As noted, the mandatory stay of Section 1659 applies where a request is made within: (1) 30 days after the party is named as a respondent in the proceeding before the Commission; or (2) 30 days after the district court action is filed, whichever is later. Because Defendants are requesting a stay within 30 days of institution of the ITC Matter on October 9, 2026, this request is timely under § 1659(a). *See* Ex. A.

For the foregoing reasons, Defendants respectfully request that the Court suspend all deadlines and stay all proceedings in this action until the determination of the ITC Matter becomes final, including during any appeals thereof.

By making this motion, Defendants do not waive any procedural rights or any defenses they may be permitted to raise under Rule 12 of the Federal Rules of Civil Procedure, or otherwise, including, but not limited to, lack of personal jurisdiction, improper venue, insufficient process, and insufficient service of process. Rather, Defendants expressly reserve the right to raise all defenses available, including but not limited to, any defenses under Rule 12.

Dated: October 19, 2026

Respectfully submitted,

By: */s/ Paige Arnette Amstutz*

Paige Arnette Amstutz
Texas State Bar No. 00796136
SCOTT DOUGLASS & MCCONNICO LLP
303 Colorado Street, Suite 2400
Austin, TX 78701
Telephone: (512) 495-6300
Facsimile: (512) 495-6399
Email: pamstutz@scottdoug.com

*Attorney for Defendants Monolithic Power Systems, Inc., Chengdu Monolithic Power Systems Co., Ltd., and MPS International (Shanghai) Ltd.*

## CERTIFICATE OF CONFERENCE

The undersigned certifies that she conferred with Plaintiff's counsel and the requested relief is unopposed.

*/s/ Paige Arnette Amstutz*
Paige Arnette Amstutz

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on October 19, 2026, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Paige Arnette Amstutz*
Paige Arnette Amstutz